People v Ortiz (2025 NY Slip Op 01179)

People v Ortiz

2025 NY Slip Op 01179

Decided on February 27, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 27, 2025

Before: Moulton, J.P., Gesmer, Mendez, Higgitt, O'Neill Levy, JJ.

Ind No. 75431/22|Appeal No. 3772|Case No. 2023-04793|

[*1]The People of the State of New York, Respondent,
v
Jason Ortiz, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Conor E. Byrnes of counsel), for respondent.

Judgment, Supreme Court, New York County (Ann D. Thompson, J.), rendered September 5, 2023 convicting defendant, upon his plea of guilty, of robbery in the third degree, and sentencing him to a term of 2 ½ to 5 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison component of the sentence to a term of 2 to 4 years, and otherwise affirmed.
We find the sentence excessive to the extent indicated. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 27, 2025